**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

|  |  |  |
|---|---|---|
| In re: | ) | Chapter 7 |
|  | ) |  |
|  | ) | Case No: 20-01252 |
| SOHAIL A. SHAKIR, | ) |  |
|  | ) | Hon. Donald R. Cassling |
| Debtor. | ) |  |
|  | ) |  |
|  | ) |  |
| PHILIP V. MARTINO, not individually, but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Sohail A. Shakir, | ) ) ) ) |  |
| Plaintiff, | ) |  |
| v. | ) | Adv. No. 21-00008 |
|  | ) |  |
| SOHAIL A. SHAKIR; RUBINA SHAKIR; OSAMA SHAKIR; HAMZA SHAKIR; SURROSH SHAKIR; GREEN DOT BUILDERS, LLC; RSS HOMES, LLC; THE RUBINA SHAKIR 2002 LIVING TRUST; and 550 22ND LLC, | ) ) ) ) ) ) ) |  |
| Defendants. | ) |  |

## NOTICE OF MOTION

PLEASE TAKE NOTICE that on Tuesday, June 15, 2021, at 9:30 a.m., I will appear before the Honorable Donald R. Cassling, or any judge sitting in that judge's place, and present the **Plaintiff's Motion to Compel Individual Defendants to Answer Discovery and to Extend Discovery Cutoff**, a copy of which is attached.

**This motion will be presented and heard electronically using Zoom for Government**. No personal appearance in court is necessary or permitted. To appear and be heard on the motion, you must do the following:

**To appear by video**, use this link: https://www.zoomgov.com/. Then enter the meeting ID and password.

**To appear by telephone**, call Zoom for Government at 1-669-254-5252 or 1-646-828-7666. Then enter the meeting ID and password.

**Meeting ID and password.** The meeting ID for this hearing is **161 414 7941** and the password is **619**. The meeting ID and password can also be found on the judge's page on the court's web site.

If you object to this motion and want it called on the presentment date above, you must file a Notice of Objection no later than two (2) business days before that date. If a Notice of Objection is timely filed, the motion will be called on the presentment date. If no Notice of Objection is timely filed, the court may grant the motion in advance without a hearing.

Dated:

Dated: June 8, 2021                                    Respectfully submitted,

Philip V. Martino, not individually, but solely as Chapter 7 Trustee of the bankruptcy estate of Sohail A. Shakir

By: /s/ Laura Newcomer Cohen
    One of his Attorneys

### CERTIFICATE OF SERVICE

I, the undersigned attorney, hereby certify that I served this Notice and the attached Plaintiff's **Motion to Compel Individual Defendants to Answer Discovery and to Extend Discovery Cutoff** on all parties entitled to notice by electronic notice via the Court's CM/ECF system on June 8, 2021:

Timothy C. Culbertson
P.O. Box 56020
Harwood Heights, IL 60656
tcculb@gmail.com

By: /s/ Laura Newcomer Cohen

Kevin A. Sterling (ARDC No. 6216907)
Laura Newcomer Cohen (ARDC No. 6302639)
THE STERLING LAW OFFICE LLC
411 North LaSalle Street, Suite 200
Chicago, Illinois 60654
Ph: (312) 670-9744
kevin@thesterlinglaw.com
laura@thesterlinglaw.com

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | ) ) ) | Chapter 7 |
| SOHAIL A. SHAKIR, | ) ) ) | Case No: 20-01252 |
| Debtor. | ) ) ) ) | Hon. Donald R. Cassling |
| PHILIP V. MARTINO, not individually, but solely in his capacity as Chapter 7 Trustee for the bankruptcy estate of Sohail A. Shakir, | ) ) ) ) ) | |
| Plaintiff, v. | ) ) ) ) | Adv. No. 21-00008 |
| SOHAIL A. SHAKIR; RUBINA SHAKIR; OSAMA SHAKIR; HAMZA SHAKIR; SURROSH SHAKIR; GREEN DOT BUILDERS, LLC; RSS HOMES, LLC; THE RUBINA SHAKIR 2002 LIVING TRUST; and 550 22ND LLC, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

**PLAINTIFF'S MOTION TO COMPEL INDIVIDUAL DEFENDANTS TO ANSWER DISCOVERY AND TO EXTEND DISCOVERY CUTOFF**

Plaintiff Philip V. Martino, not individually, but solely as Chapter 7 Trustee (the "**Trustee**") of the bankruptcy estate of Sohail A. Shakir, by and through its undersigned counsel at The Sterling Law Office LLC, states as follows pursuant to Fed. R. Civ. P. 37(a) (made applicable by Fed. R. Bankr. P. 7037) for his Motion to Compel the Individual Defendants to Answer Discovery and to Extend Fact Discovery Cutoff:

1.  The Trustee served Interrogatories and Requests for the Production of Documents on Sohail Shakir, Rubina Shakir, Osama Shakir, and Surrosh Shakir (collectively, the "**Individual Defendants**") on April 21, 2021.

2. Copies of the Interrogatories and Requests to Produce issued by the Trustee to the Individual Defendants are attached hereto as **Group Exhibit A**.

3. The last date by which the Individual Defendants were required to answer the written discovery was May 21, 2021.

4. The Individual Defendants failed to answer any of the discovery.

5. Counsel for the Trustee ("Attorney Cohen") attempted to consult with counsel for the Individual Defendants ("Attorney Culbertson") by calling him at approximately 11:15 a.m. on May 25, 2021. Attorney Cohen left a voicemail for Attorney Culbertson requesting that he contact her to discuss the overdue discovery.

6. When she did not receive a call back from Attorney Culbertson, Attorney Cohen sent him an email on May 27, 2021 regarding the overdue discovery. A copy of Attorney Cohen's May 27, 2021 email is attached hereto as **Exhibit B**.

7. On Tuesday, June 1, 2021, Attorney Culbertson responded via email, stating that he had been "swamped," but "expect[ed] to have everything completed by the week's end." A copy of Attorney Culbertson's email is contained in **Exhibit C**, attached hereto.

8. Attorney Cohen responded, advising him that she expected to receive the discovery responses by the close of business on Friday [June 4]. *See* Exhibit C.

9. The Individual Defendants still have failed to answer any of the discovery propounded by the Trustee, and Attorney Culbertson has not provided any further update or justification for the delay.

10.    After Attorney Cohen's attempt at a consultation by telephone and a continued failure of the Individual Defendants to respond, despite a good faith attempt by Attorney Cohen to resolve differences, she was unable to reach an accord regarding the overdue discovery. No further delay is acceptable.

11.    This matter has a discovery cutoff date of June 30, 2021 and a Pre-Trial Conference scheduled for July 6, 2021.

12.    Counsel for Trustee expects to depose each of the Individual Defendants and requires sufficient time to review their discovery responses and conduct such depositions.

13.    Given that the discovery cutoff date is quickly approaching, the Trustee respectfully requests that the fact discovery cutoff be extended by thirty (30) days to July 30, 2021 and that the Pre-Trial Conference be rescheduled accordingly.

WHEREFORE, for all of the foregoing reasons, Plaintiff Philip V. Martino, not individually, but solely as Chapter 7 Trustee of the bankruptcy estate of Sohail A. Shakir, respectfully requests pursuant to Fed. R. Civ. P. 37(a) (made applicable by Fed. R. Bankr. P. 7037) that:

A.    Defendants Sohail Shakir, Rubina Shakir, Osama Shakir, and Surrosh Shakir be ordered to answer all outstanding written discovery on or before June 18, 2021; and

B.    The discovery cutoff date be continued to July 30, 2021 and the Pre-Trial Conference be rescheduled accordingly; and

  C. Such further relief that this Court deems just.

Dated: June 8, 2021        Respectfully submitted,

               Philip V. Martino, not individually, but solely as Chapter 7 Trustee of the bankruptcy estate of Sohail A. Shakir

               By: /s/ Laura Newcomer Cohen
                 One of his Attorneys

Kevin A. Sterling (ARDC No. 6216907)
Laura Newcomer Cohen (ARDC No. 6302639)
THE STERLING LAW OFFICE LLC
411 North LaSalle Street, Suite 200
Chicago, Illinois 60654
Ph: (312) 670-9744
kevin@thesterlinglaw.com
laura@thesterlinglaw.com